Decision Per Curiam.

---

Carl Schrebnick, Plaintiff in Error, vs. Sara Singer and her Husband, Samuel Singer, Defendants in Error.

## IN BANC.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

*M. C. Jordan,* for Plaintiff in Error.

*H. B. Philips,* for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the complainants, and the defendants take writ of error. Dismissed on motion of counsel for defendant in error.